CRAIG VARNEN, SBN 172603
cvarnen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON J. MENDRO, SBN 220842
jmendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

COLIN B. DAVIS, SBN 273942
cdavis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendants and Nominal Defendant*

ROBERT C. MOEST, SBN 62166
RMoest@gmail.com
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: 310.915.6628
Facsimile: 310.915.9897

*Attorneys for Plaintiff Norman Hollett*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NORMAN HOLLETT, derivatively on behalf of FIRST AMERICAN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS J. GILMORE, MARK E. SEATON, PARKER S. KENNEDY, JAMES L. DOTI, REGINALD H. GILYARD, MARGARET M. MCCARTHY, MICHAEL D. MCKEE, THOMAS V. MCKERNAN, MARK C. OMAN, MARTHA B. WYRSCH,<br><br>Defendants,<br><br>and<br><br>FIRST AMERICAN FINANCIAL CORPORATION,<br><br>Nominal Defendant. | CASE NO. 2:21-cv-00525-DSF-E<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WAIVER OF NOTICE REQUIREMENT UNDER FRCP 23.1(c)**<br><br>Hon. Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

1

1  The undersigned counsel submit the following stipulation by and between Plaintiff Norman Hollett ("Plaintiff"); Defendants Dennis J. Gilmore, Mark E. Seaton, Parker S. Kennedy, James L. Doti, Reginald H. Gilyard, Margaret M. McCarthy, Michael D. McKee, Thomas V. McKernan, Mark C. Oman, and Martha B. Wyrsch; and Nominal Defendant First American Financial Corp. (Defendants and Nominal Defendant, together, "Defendants") (Plaintiff and Defendants, collectively, the "Parties") for the Court's approval:

WHEREAS, this action (the "Derivative Action") originally was filed in the U.S. District Court for the District of Delaware on November 25, 2020 (ECF No. 1);

WHEREAS, on January 19, 2021, the parties stipulated to transfer the Derivative Action from the U.S. District Court for the District of Delaware to the U.S. District Court for the Central District of California because a related securities class action, *In re First American Financial Corp. Securities Litigation*, Case No. 2:20-cv-09781-DSF-E (the "Securities Class Action"), and four overlapping consumer class actions were pending before this Court (ECF No. 8);

WHEREAS, this Court consented to the transfer of the Derivative Action to its calendar pursuant to General Order 19-03 (ECF Nos. 9, 23);

WHEREAS, on August 9, 2021, Plaintiff filed a Second Amended Shareholder Derivative Complaint against all Defendants (ECF No. 35);

WHEREAS, on October 6, 2021, after meeting and conferring, the parties stipulated that this Derivative Action should be stayed and administratively closed pending further developments in the related Securities Class Action (ECF No. 36);

WHEREAS, on October 6, 2021, this Court so-ordered the parties' stipulation and administratively closed and stayed the Derivative Action until the occurrence of any of three events, including dismissal of the Securities Class Action without leave to amend (ECF No. 37);

1   WHEREAS, on May 11, 2021, this Court issued an order granting dismissal of
2   the Securities Class Action without leave to amend, terminating the stay in this
3   Derivative Action (Securities Class Action, ECF Nos. 93);
4   WHEREAS, the parties have met and conferred, and have agreed to the
5   voluntary dismissal the Derivative Action without prejudice in light of this Court's
6   order dismissing the Securities Class Action;
7   WHEREAS, the Parties submit that no notice to shareholders should be required
8   under Fed. R. Civ. P. 23.1(c) because the dismissal is without prejudice and neither
9   Plaintiff nor Plaintiff's counsel has received or will receive any compensation for this
10  dismissal and no formal notice of the action was provided prior to the proposed
11  dismissal; and
12  WHEREAS, the parties agree that each party will bear its own attorney's fees
13  and costs.
14  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant
15  to Federal Rules of Civil Procedure 23.1(c) and 41(a)(2) and Local Rule 7-1, and
16  subject to the Court's approval, as follows:

17  1. This Derivative Action, including Plaintiff's Verified Shareholder
18     Derivative Second Amended Complaint, is voluntary dismissed without
19     prejudice;
20  2. Notice under Fed. R. Civ. P. 23.1(c) is waived; and
21  3. Each party will bear its own attorney's fees and costs.

**_Signatures on following page_**

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| Dated: May 31, 2022 | | THE BROWN LAW FIRM, P.C. |
| | | ROBERT C. MOEST, OF COUNSEL |
| | | By: */s/ Robert C. Moest* |
| | |       Robert C. Moest |
| | | *Attorney for Plaintiff Norman Hollett* |
| Dated: May 31, 2022 | | GIBSON, DUNN & CRUTCHER LLP |
| | | CRAIG VARNEN<br>JASON J. MENDRO<br>COLIN B. DAVIS |
| | | By: */s/ Jason J. Mendro* |
| | |       Jason J. Mendro |
| | | *Attorney for Defendants and Nominal Defendant* |

**ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-4.3.4(a)(2)(i)**

I, Robert C. Moest, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 31, 2022         By: */s/ Robert C. Moest*
                                                                   Robert C. Moest