JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NORMAN HOLLETT, derivatively on behalf of FIRST AMERICAN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS J. GILMORE, MARK E. SEATON, PARKER S. KENNEDY, JAMES L. DOTI, REGINALD H. GILYARD, MARGARET M. MCCARTHY, MICHAEL D. MCKEE, THOMAS V. MCKERNAN, MARK C. OMAN, MARTHA B. WYRSCH,<br><br>Defendants,<br><br>and<br><br>FIRST AMERICAN FINANCIAL CORPORATION,<br><br>Nominal Defendant. | CASE NO. 2:21-cv-00525-DSF-E<br><br>**ORDER GRANTING STIPULATION REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WAIVER OF NOTICE REQUIREMENT UNDER FRCP 23.1(c) [39]**<br><br>Hon. Dale S. Fischer |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 23.1 and 41(a)(2), the Stipulation entered into by and between Plaintiff Norman Hollett; Defendants Dennis J. Gilmore, Mark E. Seaton, Parker S. Kennedy, James L. Doti, Reginald H. Gilyard, Margaret M. McCarthy, Michael D. McKee, Thomas V. McKernan, Mark C. Oman, and Martha B. Wyrsch; and Nominal Defendant First American Financial Corp., and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This action, including Plaintiff's Verified Shareholder Derivative Second Amended Complaint, is DISMISSED WITHOUT PREJUDICE;

2. Notice under Fed. R. Civ. P. 23.1(c) is waived; and

3. Each party will bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: June 7, 2022

_____
The Hon. Dale S. Fischer
United States District Judge